**Entered on Docket
December 10, 2009**

*Bruce A. Markell*
_____
**Hon. Bruce A. Markell
United States Bankruptcy Judge**

Electronically Filed on _____

WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
208 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone:  702 258-8200
bk@wildelaw.com
Fax:  702 258-8787

and

MARK S. BOSCO, ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 255-6000

Litton Loan Servicing, LP., as servicing agent for Bank of America, National Association as successor
by merger to LaSalle Bank National Association, as trustee under the Pooling Agent Servicing
Agreement dated as of May 1, 2006, GSAMP Trust 2006-HE3
09-76688

## UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | BK-S-09-14489-bam |
| Carl R. Bishop and Teresa K. Bishop | Date: 11/16/09<br>Time: 1:30 p.m. |
| | Chapter 7 |
| Debtors. | |

## ORDER VACATING AUTOMATIC STAY

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the

above-entitled bankruptcy proceedings is immediately vacated and extinguished for all purposes as to

Secured Creditor Litton Loan Servicing, LP., as servicing agent for Bank of America, National

Association as successor by merger to LaSalle Bank National Association, as trustee under the Pooling

Agent Servicing Agreement dated as of May 1, 2006, GSAMP Trust 2006-HE3, its assignees and/or

successors in interest, of the subject property, generally described as 3313 Misty Cloud Court, Las

Vegas, NV 89129, and legally described as follows:

> LOT ONE HUNDRED FOUR (104) IN BLOCK THREE (3) OF NORTHSHORES- LOT F-
> UNIT 2, AS SHOWN BY MAP THEREOF ON FILE IN BOOK 68 OF PLATS, PAGE 46, IN
> THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA.

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

**IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Secured Creditor shall**

give Debtors at least five business days' notice of the time, place and date of sale.

DATED this _____ day of _____ 2009

Submitted by:

**WILDE & ASSOCIATES**

By: /s/ Gregory L. Wilde, Esq
**Gregory L. Wilde, Esq.**
Attorney for Secured Creditor
208 South Jones Boulevard
Las Vegas, Nevada 89107

APPROVED / DISAPPROVED

By:_____
David Krieger
1020 Garces Ave., Suite 100
Las Vegas, NV 89101
Attorney for Debtor(s)

Nevada Bar No:_____

APPROVED / DISAPPROVED

By:_____
William A. Leonard
5030 Paradise Road, #B216
Las Vegas, NV  89119
Chapter 7 Trustee

ALTERNATIVE METHOD RE: LOCAL RULE 9021:

In accordance with Local Rule 9021, the undersigned counsel certifies as follows (check one):

\_\_\_\_   The court waived the requirements of LR 9021.

\_\_\_\_   No parties appeared or filed written objections, and there is no trustee appointed in the case.

\_x\_   I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below (list each party and whether the party has approved, disapproved, or failed to respond to the document):

(List Parties)

Debtor's counsel:

_____ approved the form of this order          _____ disapproved the form of this order

_____ waived the right to review the order and/or   \_x\_ failed to respond to the document

_____ appeared at the hearing, waived the right to review the order

_____ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:

\_\_\_\_\_ approved the form of this order          _____ disapproved the form of this order

_____ waived the right to review the order and/or   \_\_x\_\_ failed to respond to the document

Other Party:_____

\_\_\_\_\_ approved the form of this order          _____ disapproved the form of this order

_____ waived the right to review the order and/or   _____ failed to respond to the document

Breach Order:

_____ This is an Order Vacating the Stay after the Failure to cure a Declaration of Breach. Copies of

this proposed order were transmitted to Debtor's counsel and appointed trustee to which

they have not replied

Submitted by:

 /s/ Gregory L. Wilde, Esq.

Gregory L. Wilde, Esq.

Attorney for Secured Creditor